tion by John W. Baker against John H. Parks and others. C. B. Reid, for appellants. J. K. Cheevey, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and answer, on payment of costs in this court and in the court below.

In re BALDWIN. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) In the matter of the real estate of Henry Baldwin, deceased. No opinion. Decree of surrogate's court affirmed, with costs.

BALL, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Lydia M. P. Ball against Sarah Williams and others. No opinion. Motion denied, with $10 costs.

BANK v. MARKOWITZ. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Samuel Bank against Herman Markowitz. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 1125.

BANNAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by George L. Bannan against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. W. J. Townsend, for respondent. No opinion. Judgment and order affirmed, with costs.

BARBER, Respondent, v. BRUNDAGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Carrie G. Barber against J. Smith Brundage and others.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 20 days the appellant causes the case herein to be settled, signed, and filed, and the papers on appeal to be printed, filed, and served, and pays the costs of this motion.

BARCLAY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by George W. Barclay against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. F. Moss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BARNES et al., Respondents, v. HIEBER et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) Action by Frank P. Barnes and Asa W. Davis against John C. Hieber and others. No opinion. Order affirmed, with $10 costs and disbursements.

BAUMANN, Respondent, v. RABE, Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by Albert Baumann against Margaret Rabe, as treasurer, etc. From a judgment for plaintiff, defendant appeals. Affirmed. F. W. Fitzgerald, for appellant. A. P. Wagener, for respondent.

PER CURIAM. The judgment shows that the learned justice construed the by-law in question correctly. Judgment affirmed, with costs.

BENDA, Respondent, v. KEIL et al., Appellants. (City Court of New York, General Term. January 8, 1901.) Action by one Benda against one Keil and others. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, the defendants appeal. Affirmed. A. E. Schatz, for appellants. Catlin & Nekarda, for respondent.

HASCALL, J. The direct questions as to whether the defendants were guilty of negligence, whether plaintiff contributed by his own fault or carelessness, and the measure of damage were all properly and amply presented by the court below to the jury. The facts are found and fixed by the verdict upon disputed and conflicting averment and evidence; the suggestion of carelessness of a fellow workman, as a defense, is not upheld by the record; and the amount of damage awarded is not, in fact or suggestion, excessive. Judgment and order appealed from to be affirmed, with costs.

BENTLY, Respondent, v. VILLAGE OF GLENS FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Mary L. Bently against the village of Glens Falls. No opinion. Judgment and order affirmed, with costs.

BIRNGRUBER, Respondent, v. TOWN OF EASTCHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Charles Birngruber against the town of Eastchester. No opinion. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 278.

BISHOF, Respondent, v. LEAHY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by George Bishof against Thomas B. Leahy, impleaded with John Herrel. No opinion. Motion for reargument granted. Cause to be heard on December 10th. See 66 N. Y. Supp. 342.

BISSEL, Appellant, v. WILLIS, Respondent. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Isaac Bissel against Theodore Willis. No opinion. Judgment and order affirmed, with costs.

BLY v. EDISON ELECTRIC CO. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Sarah A. Bly against the Edison Electric Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 737.

BOAS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by David Boas against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. H.

A. Robinson, for appellant. J. M. Birnbaum, for respondent.

PER CURIAM. This appeal seems frivolous. Judgment affirmed, with costs.

BOWER, Respondent, v. CUSHMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by George Bower against E. Holbrook Cushman and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 1103.

BRADLEY et al., Respondents, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Nathaniel Bradley and Clarence P. Bradley against Peter B. Bradley. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except PARKER, P. J., and EDWARDS, J., who dissent.

BRADSHAW, Respondent, v. VILLAGE OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) In the matter of the petition of Reuben Bradshaw for the appointment of commissioners to determine the compensation to which he is entitled as against the village of Fulton. No opinion. Order affirmed, with $10 costs and disbursements.

BRASSEL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Julia Brassel, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BRENNAN, Appellant, v. BRENNAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by John Brennan against James Brennan and Cora Brennan. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., not voting.

BRIGGS et al. v. APPLEBY et al. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Wilser A. Briggs and others against Charles E. Appleby and others. No opinion. Motion granted, with $10 costs.

BRITTON, Respondent, v. FERRIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Willis N. Britton against Charles J. Ferrin, Jr., and another. No opinion. Judgment and order affirmed, with costs.

BRODERICK v. ARCHIBALD et al. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by Matthew A. Broderick against Merritt L. Archibald (Camille E. Archibald, third party). Separate appeals by defendant and by said third party.

PER CURIAM. Jurisdiction to entertain these appeals is conferred by the charter of the city of Yonkers. The action of the city judge in prohibiting the judgment debtor from hearing the testimony of the third person was erroneous. The order appealed from is therefore reversed, with $10 costs and disbursements, and the case remitted to the city judge to proceed with the examination under the original orders, with the injunction continued.

BRUCE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Helen Bruce, as administratrix, against the Brooklyn Heights Railroad Company.

PER CURIAM. Order reversed, without costs. As there is an appeal here, not merely from the judgment, but from an order denying a motion for a new trial, we think it may be important to the appellant to lay the testimony in the case before the appellate court in the precise form in which it was given by the witnesses, inasmuch as the court, on appeal, is called upon to determine whether the verdict is against the weight of evidence or not.

BUACH, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Frederick A. Buach against Lowell M. Cummings. No opinion. Appeal dismissed under general rule No. 39.

BUFFALO NATURAL GAS FUEL CO., Respondent, v. BARBER'S ASPHALT-PAV. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by the Buffalo Natural Gas Fuel Company against the Barber's Asphalt-Paving Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 1127.

BUTTS et al., Respondents, v. CITY OF ROCHESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by John De Witt Butts, suing on behalf of himself and others, etc., against the city of Rochester and Samuel B. Williams, as treasurer of the city of Rochester. No opinion. Judgment affirmed, with costs.

CABANA, Respondent, v. CYCLE TRADE JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Oliver Cabana, Jr., against the Cycle Trade Journal Publishing Company. No opinion. Appeal dismissed, with $10 costs.

CAMERON, Appellant, v. CAMERON et al., Respondents. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Charlotte Cameron against John L. Cameron and others. S. Seabury, for appellant. G. Nathan, for respondents. No opinion. Judgment affirmed, with costs.